IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL DEONTRAY WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**JENNIFER BENAVIDEZ, et al.,**<br><br>Defendants. | 2:23-cv-0905 KJN P<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |

Plaintiff is a state prisoner proceeding pro se. On October 24, 2023, defendants Johnson, Ramos, Sypraseuth, and Yang (hereafter "moving defendants") filed a request for extension of time to file a responsive pleading. Good cause appearing, moving defendants' request for extension of time is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The request filed by moving defendants (ECF No. 20) is granted; and

2. Moving defendants shall file a responsive pleading on or before December 4, 2023.

Dated: October 25, 2023

will0905.eot

_[signature]_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE