IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL DEONTRAY WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**JENNIFER BENAVIDEZ, et al.,**<br><br>Defendants. | 2:23-cv-0905 KJN P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION TO OPT-OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION**<br><br>Judge:      Hon. Kendall J. Newman<br>Trial Date: None Set<br>Action Filed: May 15, 2023 |

Plaintiff is a state prisoner proceeding pro se. Defendants seek an extension of time to file their motion to opt out of the post-screening alternative dispute resolution project because mandatory health protocols at plaintiff's prison have prevented the parties from conferring by phone.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension (ECF No. 23) is granted; and

2. Defendants shall file their motion on or before January 26, 2024.

Dated:  December 29, 2023

/will0905.ext

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE