Rob Bonta, State Bar No. 202668
Attorney General of California
Jay Goldman
Supervising Deputy Attorney General
Norma Morales, State Bar No. 221466
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9727
 Fax:  (619) 645-2581
 E-mail:  Norma.Morales@doj.ca.gov
*Attorneys for Defendants K. Johnson, Jr., A. Ramos, J. Sypraseuth, and J. Yang*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DEONTRAY WILLIAMS, <br><br>                              Plaintiff, <br><br>      v. <br><br> JENNIFER BENAVIDEZ, et al., <br><br>                              Defendants. | 2:23-cv-0905-CSK P <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO OPT-OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION PROJECT |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983.  On January 6, 2025, the Court lifted the stay of this action and ordered the parties to show cause why this case should not be rescheduled for a settlement conference before Magistrate Judge Jeremy D. Peterson.  On January 22, 2025, plaintiff filed a response and requested that the matter be set for settlement conference.  On January 27, 2025, defendants filed a motion to opt out of the post-screening alternative dispute resolution project.

///

///

The order to show cause is discharged. After reviewing defendants' motion, and good cause appearing, defendants' motion is granted. Defendants shall file their responsive pleading within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 31) is discharged.

2. Defendants' motion to opt out of the Court's Alternative Dispute Resolution Project (ECF No. 33) is granted.

3. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: February 3, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/will0905.opt